**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**MOAMMAR BADAWI DOKHAN, et al.,**

    **Petitioners,**

       **v.**

**GEORGE W. BUSH, et al.,**

    **Respondents.**

**Civil Action No. 08-0987 (JDB)**

---

**ORDER**

Pursuant to petitioner's response to the Court's September 1, 2009 Order to Show Cause why his habeas petition should not be dismissed, and upon consideration of the entire record herein, it is hereby **ORDERED** that petitioner's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED.**


                              /s/
                          JOHN D. BATES
                  United States District Judge


Dated:   September 23, 2009